# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENNETH SAMS and**
**SHERRIE SAMS**                                                                                    **PLAINTIFFS**

v.                                        Case No. **4:20-cv-00929 KGB**

**JOHN A. WINDER,** *et al.*                                                                     **DEFENDANTS**

## ORDER

Before the Court is plaintiffs Kenneth and Sherrie Sams' (collectively "plaintiffs") motion to dismiss separate defendants Self Tucker Architects, Inc. and Juan R. Self (Dkt. No. 27). Plaintiffs represent that they have reached a negotiated settlement with Self Tucker Architects, Inc. and Juan R. Self and request that this Court dismiss with prejudice their claims against Self Tucker Architects, Inc. and Juan R. Self (*Id.*). Plaintiffs also request that the caption of this case be modified to reflect this dismissal (*Id.*).

For good cause shown, the Court grants the motion and dismisses with prejudice plaintiffs' claims against Self Tucker Architects, Inc. and Juan R. Self (*Id.*). The Court also directs the Clerk of the Court to change the case caption to reflect the dismissal of Self Tucker Architects, Inc. and Juan R. Self (*Id.*).

It is so ordered this 15th day of June, 2022.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge