IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH SAMS and**  **PLAINTIFFS**
**SHERRIE SAMS**

v.  Case No. 4:20-cv-00929-KGB

**JOHN A. WINDER;**  **DEFENDANTS**
**BOAZ CONSTRUCTION OF MEMPHIS;**
**WILLIAM MCCRARY;**
**SELF TUCKER ARCHITECTS, INC; and**
**JUAN R. SELF**

## ORDER

Before the Court is Lion Legal Services' ("Lion") — counsel for plaintiffs Kenneth Sams and Sherrie Sams — motion to withdraw (Dkt. No. 40). Lion makes its motion pursuant to Arkansas Rules of Professional Conduct 1.16(b)(4–7), arguing that "continued representation will result in an unreasonable financial burden on [Lion]" because Mr. and Mrs. Sams refuse "to fulfill their obligation to pay attorney's fees pursuant to their client agreement" and have requested that Lion withdraw (*Id.*, ¶¶ 1–4). The portions of the Arkansas Rules of Professional Conduct cited by Lion state:

> (b) Except as stated in paragraph (c), a lawyer may withdraw from representing a client if:
>
> > (4) a client insists upon taking action that the lawyer considers repugnant or with which the lawyer has a fundamental disagreement;
> >
> > (5) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;
> >
> > (6) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or
> >
> > (7) other good cause for withdrawal exists.

*Rule 1.16 – Declining or Terminating Representation*, Ark. R. Prof. Cond. 1.16; *see also* Local Rule 83.5 (e) (explaining that all counsel entering an appearance in this Court are subject to Arkansas Rules of Professional Conduct).

Lion's request accords with the Local Rules of this Court and the Arkansas Rules of Professional Conduct. Local Rule 83.5(e)–(f); *Rule 1.16 – Declining or Terminating Representation*, Ark. R. Prof. Cond. 1.16. For good cause shown, the Court grants the motion and removes Lion and the Lion attorney assigned to this case – Danielle Hasty – as counsel of record for Mr. and Mrs. Sams (Dkt. No. 40). Mr. and Mrs. Sams shall have 30 days from the entry of this Order to notify the Court by written filing as to whether they have hired new counsel or intend to represent themselves and appear *pro se*. As no party has requested a continuance in this matter, the trial remains scheduled for January 30, 2023 (Dkt. No. 39).

It is so ordered this 7th day of December, 2022.

_____
Kristine G. Baker
United States District Judge